SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6774
Facsimile: (415) 436-7234
E-Mail: peter.axelrod@usdoj.gov

E-Filing

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-395 CRB |
| Plaintiff, ) | CR 06-101 CRB |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF RELEASE CONDITIONS |
| YON SUK PANG, ) | |
| Defendant. ) | |

The parties hereby stipulate and agree as follows:

1. Defendant Yon Suk Pang is currently charged in two pending criminal cases: <u>United States v. Yon Suk Pang et al.</u>, CR 05-395 CRB, and <u>United States v. Yon Suk Pang, et al.</u>, CR 06-101 CRB.

2. As part of her conditions of release in both cases, Pang posted a $300,000 bond, which was secured by real property located at 1030 Baker Street, San Francisco, California. Prior to that posting, the grant deed recorded with the City and County of San Francisco vested title of

ORDER
CR 05-395 CRB
CR 06-101 CRB

1

1 | that property to Pang and Charles Yin Leong (or Leung) as joint tenants. Further, as part of
2 | Pang's release conditions, Leong is listed as a surety.
3 | 3. All release conditions shall remain in effect, and the following condition is added: Pang
4 | and Leong agree that they shall not alienate, sell, or encumber 1030 Baker Street, for any reason
5 | without further order of the Court. Moreover, the United States may record this stipulation and
6 | order as appropriate.

STIPULATED:

_5/9/07_
DATE

PETER B. AXELROD
LAUREL BEELER
Assistant United States Attorneys

_4-27-2007_
DATE

WILLIAM OSTERHOUDT
Attorney for Yon Suk Pang

I have read the this stipulation, I understand its terms and I agree to the entry of an order that modifies the conditions of release accordingly.

_APR 26 - 07_
DATE

YON SUK PANG
Defendant

_4-26-07_
DATE

CHARLES LEONG
Surety

**ORDER**

For good cause shown, and for the reasons stated above, the Court orders defendant Yon

ORDER
CR 05-395 CRB
CR 06-101 CRB

2

1  Suk Pang's release conditions modified as follows: Pang and her surety, Charles Leong shall not
2  not alienate, sell, or encumber the real property located at 1030 Baker Street, San Francisco,
3  California, for any reason without further order of the Court. Further, the United States may
4  record this stipulation and order as appropriate.
5      IT IS SO ORDERED.

7  DATED: 5/9/07

                            EDWARD M. CHEN
                            United States Magistrate Judge

ORDER
CR 05-395 CRB
CR 06-101 CRB

3