IN THE UNITED STATE DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 05-395 CRB; |
| Plaintiff, | ) Related Case No. 06-101 CRB |
| vs. | ) |
| | ) [PROPOSED] ORDER TO |
| YON SUK PANG, et. al, | ) EXONERATE BOND |
| Defendants. | ) |

On September 19, 2007 this Court sentenced defendant Yon Suk Pang to a term of confinement, which Ms. Pang is currently serving. On April 25, 2008 the Court ordered the exoneration of bond under the primary case number for this matter CR-06-101 CRB.

By the foregoing, this Court additionally orders the exoneration of Ms. Pang's bond in Case No. 05-395 CRB, which this Court ordered to be a related case to CR-06-101 on March 1, 2006.

**IT IS HEREBY ORDERED** that the bail posted for Yon Suk Pang is hereby exonerated. The Clerk of the Court is ordered to exonerate the bond posted as security for bail herein.

Date: _September 19, 2008____

HONORABLE
United States Dis



_____

[Proposed] Order Exonerating Bond,
United States v. Pang, et. al., Case. No. 05-395 CRB; related Case No. 06-101 CRB

1