| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>   United States Attorney | **FILED** |
| 2 | |
| 3  BRIAN J. STRETCH (CSBN 163973)<br>   Chief, Criminal Division | JAN 1 4 2009 |
| 4  PETER B. AXELROD (CSBN 190843)<br>   LAUREL BEELER (CSBN 187656) | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 5  Assistant United States Attorneys | |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6774
Facsimile: (415) 436-7234
Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>YON SUK PANG,<br><br>   Defendant. | No. CR 05-00395 CRB<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with respect to defendant Yon Suk Pang with prejudice.

DATED: 1-12-09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN STRETCH
Chief, Criminal Division

signed: January 14, 2009

LEAVE GRANTED:

CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL (CR 05-395 CRB)